ORDERED.

Dated:  October 28, 2020

*[Signature]*
Caryl E. Delano
Chief United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, FORT MYERS DIVISION

In Re:

MARK JACOB DAVILA                                       Case No. 9:20-bk-01320-FMD

      Debtor.
_____/

**ORDER GRANTING MOTION TO SELL PROPERTY**
**FREE AND CLEAR OF PURPORTED LIENS AND INTERESTS**

      **THIS CAUSE** came before the Court for hearing on October 22, 2020 upon the Trustee's Amended Motion to Sell Property of the Estate Free and Clear of Purported Liens and Interests (Doc. No. 27) to Brian Barnhart and Holly Barnhart, or their permitted assigns or designees. The Court reviewed the record and the Court being otherwise fully advised, it is

      **ORDERED** that the Trustee's Motion to Sell Property of the Estate Free and Clear of Purported Liens and Interests is granted.

      **IT IS FURTHER ORDERED** that the Trustee is hereby authorized to sell the bankruptcy estate's interest in the following property free and clear of liens, encumbrances and interests on the terms contained in the Trustee's motion: **2535 Sutherland Court, Cape Coral, Florida 33991** – Lot 41, Block 8026, Tract 109, Sandoval Phase 2 Desc. In Inst # 2005167039. Sale is conditioned upon all property lienholders either being paid in full subject to a proper payoff, or approval of a short sale contingent on the secured creditor's approval.

      **IT IS FURTHER ORDERED** that the following are authorized to be paid at closing, with net proceeds to the bankruptcy estate:

a. Mr. Cooper – Approximately $196,000.00, but subject to a proper payoff or such other amount as is approved for a short sale with secured creditor's approval.

b. Commission – Debra Monterosso/National Default Realty and any cooperating agent/broker, if any - $13,680.00.

c. Other reasonable and customary closing costs to the Trustee, as Seller, which may include the following:

|      |                                                          |              |
|------|----------------------------------------------------------|--------------|
| i.   | Settlement/Closing Charges (Approximately)               | $ 1,295.00   |
| ii.  | Title Insurance/Search (Approximately)                   | $ 1,825.00   |
| iii. | Reasonable and customary closing costs not to exceed     | $   250.00   |
| iv.  | Transfer Tax (State and/or County)                       | $ 1,600.00   |
| v.   | 2020 Taxes and/or Prorated taxes                         | $ 2,800.00   |
| vi.  | Water/Sewer Lien Payoff                                  | $ 2,000.00   |
| vii. | HOA Claim of Lien                                        | $ 2,380.00   |
| viii.| Trustee Liability Insurance                              | $   650.00   |

**IT IS FURTHER ORDERED** that the Court waives the 14-day stays set forth in Rules 6004(h) and 6006(d) of the Federal Rules of Bankruptcy Procedure and this Order granting this motion be immediately enforceable and that the closing under the purchase agreement may occur immediately.

Trustee Robert E. Tardif Jr. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.